562 U.S. 1174, 131 S. Ct. 991, 178 L. Ed. 2d 820, 2011 U.S. LEXIS 75.

January 10, 2011. Petition for rehearing denied. The Chief Justice took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1028, 131 S. Ct. 587, 178 L. Ed. 2d 428, 2010 U.S. LEXIS 8736.

**No. 09-9905. Gary Alexander Matthews, Petitioner v. United States.**

562 U.S. 1174, 131 S. Ct. 991, 178 L. Ed. 2d 820, 2011 U.S. LEXIS 595.

January 10, 2011. Motion for leave to file a petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this motion.

Former decision, 559 U.S. 1113, 130 S. Ct. 2420, 176 L. Ed. 2d 935, 2010 U.S. LEXIS 3864.

**No. 10-5330. Mark Garraway, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

562 U.S. 1174, 131 S. Ct. 991, 178 L. Ed. 2d 820, 2011 U.S. LEXIS 134.

January 10, 2011. Motion for leave to file a petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this motion.

Former decision, 562 U.S. 954, 131 S. Ct. 278, 178 L. Ed. 2d 252, 2010 U.S. LEXIS 7791.

**No. 10-8317 (10A688). Cleve Foster, Petitioner v. Texas.**

562 U.S. 1174, 131 S. Ct. 991, 178 L. Ed. 2d 820, 2011 U.S. LEXIS 610.

January 11, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

Justice Scalia and Justice Alito would deny the application for stay of execution.

**No. 10-8367 (10A698). Leroy White, Petitioner v. Grantt Culliver, Warden, et al.**

562 U.S. 1174, 131 S. Ct. 992, 178 L. Ed. 2d 820, 2011 U.S. LEXIS 611.

January 13, 2011. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Alabama denied. The order heretofore entered by Justice Thomas is vacated.

Same case below, 408 Fed. Appx. 292.

**No. 10-8382 (10A700). Leroy White, Petitioner v. Alabama.**

562 U.S. 1175, 131 S. Ct. 991, 178 L. Ed. 2d 820, 2011 U.S. LEXIS 612.

January 13, 2011. Application for stay of execution of sentence of death, pre-

sented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Alabama denied.